# United States District Court

## District of NJ

**Duane Gittens**

**Vs.**

**Sterling Jewelers, Inc. dba Kay Jewelers**

RECEIVED

JUL 3 0 2015

AT 8:30_____M
WILLIAM T. WALSH, CLERK

**Duane Gittens**

**P.O. Box 22261**

**Newark, NJ 07101**

**Kay Jewelers**

**375 Ghent Road**

**Akron, Ohio 44333-4600**

I have brought this matter to the attention of the court because of the defendant's blatant disregard of the law and its continuous illegal and damaging actions.

I have disputed, in writing, the continuous incorrect data being provided to Equifax, Experian and Trans Union for about the last 9 months and have only been attacked on my credit reports for it. They have altered dates and re-aged the account as recently as July 23, 2015 so that my credit score would drop. The information they report is totally false and I would now like the court to bring this matter to the defendant's attention, I am seeking damages for the continuous violations of the Fair Credit Reporting Act and the defamation of my character.

*Duane Ath[signature]*



Duane Gitteus
P.O. Box 2261
Newark, NJ 07101

U.S. District Court Clerk
50 Walnut St
Room 4015
Newark, NJ 07101

RECEIVED
JUL 30 2015
AT 8:30
WILLIAM T. WALSH, CLERK